John Ghisolf, Appellee, v. Hotel and Apartment Hotel
Service Workers and Miscellaneous Restaurant
Employees Union No. 593, Appellant.

Gen. No. 42,590. 

opinion filed
June 21, 1943. Murphy & Pearson, for appellant; Lawrence L.
O'Connor, of counsel; no appearance for appellee. Opinion by PRE-
SIDING JUSTICE MATCHETT. "Not to be published in full."

Genevieve M. Racine, Executrix of Estate of George
P. Racine, Deceased, and Elsie Sloan, Appellees,
v. Lebia Blackborn et al.
Appeal of George C. Adams et al., Appellants.

Gen. No. 42,478. 

opinion
filed June 21, 1943. George C. Adams, *pro se*, and for appellants;
Kamfner & Halligan, of counsel; Balford Quintin Shields, for certain
appellee; Evart O. Ostberg, for certain other appellee; Thomas G.
McBride, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be
published in full."